DAVID ROSENBLATT, Doing Business under the Firm Name and Style of the AMERICAN METAL AND IRON COMPANY, Respondent, v. BRIDGEPORT METAL GOODS MANUFACTURING COMPANY, Appellant. (Appeal No. 1.) DAVID ROSENBLATT, Respondent, v. BRIDGEPORT METAL GOODS MANUFACTURING COMPANY, Appellant, and Others, Defendants. (Appeal No. 2.) DAVID ROSENBLATT, Doing Business under the Firm Name and Style of the AMERICAN METAL AND IRON COMPANY, Respondent, v. BRIDGEPORT METAL GOODS MANUFACTURING COMPANY, Appellant. (Appeal No. 3.) DAVID ROSENBLATT, Respondent, v. BRIDGEPORT METAL GOODS MANUFACTURING COMPANY, Appellant, and Others, Defendants. (Appeal No. 4.)— Orders reversed, without costs, and motions remitted to the Special Term, with directions to refer the same to the Hon. Garret J. Garretson as official referee, to take evidence and report thereon to the court at Special Term for decision, and with leave to sit in the counties of Kings, Queens and New York. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

WILLIAM LOUIS SCHWEIKERT, Respondent, v. FREDERIC S. WELSH, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the following grounds, viz.: (a) That the learned trial court erred in refusing to submit to the jury the issue whether plaintiff's employment was by the corporation or by Welsh personally; (b) that such court also erred in refusing to submit to the jury the issue whether the notice to the defendant stockholder was served within thirty days after the termination of plaintiff's services; and (c) that such court also erred in refusing to permit defendant to prove from the original minutes of the corporation the terms of its contract with Welsh. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

VINTON SHERMAN, Respondent, v. AMBROSE M. MERIAN, Appellant, and Others, Defendants.— In view of the answer of the owner of the property, the offer of judgment by the contractor alone must be considered only to offer a personal judgment, and, therefore, the judgment recovered was not less favorable than the judgment offered. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

HENRY J. SOUTHARD, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

GEORGE CLARKE, Appellant, v. IRENE VIRGINIA KEATING and Others, Defendants, and EDITH LYKKE and Others, Respondents.— Motion to resettle order granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.